THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS ALFRED RUPPERT, Petitioner, v. WILLIAM PHIMISTER, as Warden of County Jail, Westchester County, Respondent.— Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.